1  HENRY C. BUNSOW (State Bar No. 60707)
   K.T. CHERIAN (State Bar No. 133967)
2  BRIAN A.E. SMITH (State Bar No. 188147)
   SEAN P. HODGE (State Bar No. 226262)
3  HOWREY SIMON ARNOLD & WHITE LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Plaintiff
   ACCO BRANDS, INC. d/b/a/ KENSINGTON
7   TECHNOLOGY GROUP

8
   JOHN M. MCCORMACK, CA Bar No. 143194
9  OWEN W. DUKELOW, CA Bar No. 196265
   ELIZABETH A. TEDESCO, CA Bar No. 221162
10 KOLISCH HARTWELL, P.C.
   260 Sheridan Avenue, Suite 200
11 Palo Alto, California 94306
   Telephone:    (650) 325-8673
12 Facsimile:    (650) 325-5076

13 Attorneys for Defendants
   PC GUARDIAN ANTI-THEFT PRODUCTS, INC. et al.

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18                                      )  Case No. 04-03526 SI
19 ACCO BRANDS INC., dba Kensington     )
   Technology Group,                    )
20                                      )
                                        )
21          Plaintiff,                  )
                                        )  [PROPOSED] STIPULATED ORDER
22          v.                          )  RESCHEDULING THE SUMMARY
                                        )  JUDGMENT HEARING
23 PC GUARDIAN ANTI-THEFT PRODUCTS,     )
   INC. and FELLOWES, INC.              )
24                                      )
25          Defendants
   _____

26

27

   Page 1   -     [PROPOSED] STIPULATED ORDER RESCHEDULING THE SUMMARY
                  JUDGMENT HEARING; Case No. 04-03526 SI

1    Plaintiff ACCO Brands Inc., dba Kensington Technology Group and defendants PC

2 Guardian Anti-Theft Products, Inc. and Fellowes, Inc. hereby stipulate --subject to the approval

3 of the Court-- that the summary judgment hearing date be rescheduled from July 8, 2005 to July

4 15, 2005. The rescheduling is requested to give the parties more time to complete briefing on

5 summary judgment issues. No previous modifications have been made to this hearing date. The

6 requested time modification will have no effect on the remaining schedule in the case. The

7 briefing schedule for the hearing will be:

8         June 10, 2005          Motions and briefs in support by plaintiff and defendants

9         June 24, 2005          Briefs in opposition by plaintiff and defendants

10        July 1, 2005           Briefs in reply by plaintiff and defendants

11   July 29~~July 15~~, 2005           Hearing at 9:00AM

12

13   HOWREY SIMON ARNOLD                KOLISCH HARTWELL, P.C.
       & WHITE LLP
14

15

16   /s/ Brian A. E. Smith            /s/ Owen W. Dukelow
     Brian A.E. Smith                  Owen W. Dukelow
17   Attorney for Plaintiffs           Attorney for Defendants

18

19   Date:   June 1, 2005              Date:   June 1, 2005

20

21

22        PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24   Dated:_____

25

26

27

Page 2   -    [PROPOSED] STIPUL                              MARY
             JUDGMENT HEARIN

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA