UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACCO BRANDS, INC.

      Plaintiff,

      v.

PC GUARDIAN ANTI-THEFT

      Defendant.
_____/

No. C-04-03526 SI (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for August 31, 2005 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **September 1, 2005 at 9:00 a.m**.

Settlement Conference statements, if not previously submitted, are due August 20, 2005. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: July 12, 2005

                                              _____
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge