HENRY C. BUNSOW (State Bar No. 60707)
K.T. CHERIAN (State Bar No. 133967)
BRIAN A.E. SMITH (State Bar No. 188147)
SEAN P. HODGE (State Bar No. 226262)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP

JOHN W. MCCORMACK (State Bar No. 143194)
OWEN W. DUKELOW (State Bar No. 196265)
ELIZABETH A. TEDESCO (State Bar No. 221162)
KOLISH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br><br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | Case No. CV 04-03526 SI (EDL)<br><br>[PROPOSED]<br>**STIPULATED ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br>Trial Date   June 19, 2006 |

[PROPOSED] STIPULATED ORDER RESCHEDULING
SETTLEMENT CONFERENCE
DM_US\8245102.v1

1   Because the Court has reset the hearing on the parties' motions for summary judgment from
2   July, 2005 to September 9, 2005, plaintiff ACCO Brands, Inc. dba Kensington Technology Group and
3   defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby request and stipulate that
4   the Settlement Conference be rescheduled from September 1, 2005 to November 18, 2005 at 9:00 a.m.
5   The parties shall submit their Confidential Settlement Conference Statements no later than November 10, 2005.

Dated: August 25, 2005                      Dated:  August 25, 2005

HOWREY LLP                                  KOLISH HARTWELL,. P.C.

*/s/ Brian A. E. Smith*                     */s/ Owen W. Dukelow by permission*
Brian A. E. Smith                           Owen W. Dukelow
Attorney for Plaintiff                      Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 29, 2005

_____
The Honorable [Elizabeth D. Laporte]
United States Magistrate Judge

[GRANTED - Judge Elizabeth D. Laporte, United States District Court, Northern District of California seal]