John M. McCormack, CA State Bar No. 143194
Owen W. Dukelow, CA State Bar No. 196265
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants
  PC GUARDIAN ANTI-THEFT
  PRODUCTS, INC. and FELLOWES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS INC, | Case No. C 04-03526 SI |
| Plaintiff, | **[PROPOSED] ORDER PERMITTING PC GUARDIAN ANTI-THEFT PRODUCTS, INC. AND FELLOWES, INC. TO BRING A LAPTOP AND PROJECTOR INTO COURTROOM FOR HEARING ON MOTIONS FOR SUMMARY JUDGEMENT.** |
| v. | |
| PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC. | |
| Defendants. | |

1
2  **[PROPOSED] ORDER**
3
4  PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc. are hereby permitted to bring
5  into court a laptop and projector for use in conjunction with the Court's projection screen in their
6  argument during the scheduled hearing on motions for summary judgment on Friday,
7  September 9, 2005, at 9:00AM.
8
9  **IT IS SO ORDERED**
10
11
12  Dated: _____        _____
13                                  GRANTED
                                    Judge Susan Illston
14                                  UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. C 04-03526 SI
[PROPOSED] ORDER PERMITTING PC GUARDIAN ANTI-THEFT PRODUCTS, INC. AND
FELLOWES, INC. TO BRING A LAPTOP AND PROJECTOR INTO COURTROOM FOR HEARING
ON MOTIONS FOR SUMMARY JUDGEMENT.
- 2 -