1  HENRY C. BUNSOW (State Bar No. 60707)
   K.T. CHERIAN (State Bar No. 133967)
2  BRIAN A.E. SMITH (State Bar No. 188147)
   SEAN P. HODGE (State Bar No. 226262)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone:  (415) 848-4900
5  Facsimile:  (415) 848-4999

6  Attorneys for Plaintiff
   ACCO BRANDS, INC. d/b/a KENSINGTON
7  TECHNOLOGY GROUP

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 ACCO BRANDS, INC. d/b/a KENSINGTON      Case No. CV 04-03526 SI
   TECHNOLOGY GROUP,
13
                Plaintiff,                 **[PROPOSED] ORDER PERMITTING
14                                         PLAINTIFF ACCO BRANDS, INC. d/b/a
         v.                                KENSINGTON TECHNOLOGY GROUP
15                                         TO BRING AN ELMO INTO
   PC GUARDIAN ANTI-THEFT PRODUCTS,        COURTROOM FOR HEARING ON
16 INC. and FELLOWES, INC.,                MOTIONS FOR SUMMARY JUDGMENT**

17              Defendants.

18

19      Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group is hereby permitted to bring

20 into Court an ELMO for use in conjunction with its argument during the scheduled hearing on motions

21 for summary judgment on Friday, September 9, 2005, at 9:00 a.m.

22      IT IS SO ORDERED.

23 Dated: _____          _____
                                      The Honorable Susan Illston
24                                    UNITED STATES DISTRICT JUDGE

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE

[Proposed] Order Permitting Plaintiff to Bring an ELMO
Into Courtroom for Hearing on Motions For Summary
Judgment - Case No. CV 04-03526 SI

*[Stamp: GRANTED — Judge Susan Illston, United States District Court, Northern District of California]*