IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>          Plaintiff,<br><br>   v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC., et al.,<br><br>          Defendants.    / | No. C 04-03526 SI<br><br>**ORDER VACATING NOVEMBER 18, 2005 CLAIM CONSTRUCTION HEARING** |

It has come to the Court's attention that the claim construction hearing in this matter, currently scheduled for November 18, 2005, at 9:00 a.m., conflicts with a settlement conference. It had been the Court's intention to schedule the claim construction hearing to a date after the settlement conference had occurred. Accordingly, the Court VACATES the November 18 claim construction hearing and will reschedule it to a date shortly thereafter. Following the settlement conference, the parties are instructed to contact Judge Illston's courtroom deputy to propose a new date for the claim construction hearing. This order does not address defendant's request for a stay pending reexamination of the patent at issue.

**IT IS SO ORDERED.**

Dated:   November 9, 2005

_Susan Illston_
SUSAN ILLSTON
United States District Judge