IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC., | No. C-04-03526 SI (EDL) |
| Plaintiff, | **ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| v. | |
| PC GUARDIAN ANTI-THEFT, | |
| Defendant. | |

Following the settlement conference held on November 18, 2005, plaintiff shall submit a letter updating this Court of any significant ruling or action in this case or in reexamination, if any, by the Patent Trademark Office, including stay, claims construction, grant or denial of reexamination, or result on any reexamination. The letter may be submitted via facsimile to Chambers at (415) 522-2002, no later than two court days after any such event. The parties may also submit confidential updates on their view of the impact of any such development. The parties may request a further settlement conference at any time.

**IT IS SO ORDERED.**

Dated: November 21, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge