1  Henry C. Bunsow (SBN 60707)
   K.T. Cherian (SBN 133967)
2  Brian A. E. Smith (SBN 188147)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff
6  ACCO BRANDS INC., dba
   KENSINGTON TECHNOLOGY GROUP
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ACCO BRANDS INC., dba KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br><br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.<br><br>Defendants. | Case No. C 04-03526 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR ANSWER** |
|---|---|

The parties hereto, hereby stipulate and agree, through their counsel of record, as follows:

WHEREAS, on February 2, 2007, defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc. filed a Motion For Leave to Amend Their Answer with a hearing set for March 2, 2006 at 9:00 a.m.;

WHEREAS, on February 5, 2007, the Court reset the hearing on defendants' motion for March 9, 2007 at 9:00 a.m.;

HOWREY LLP

STIPULATION & [PROPOSED] ORDER RE CONTINUANCE OF
BRIEFING SCHEDULE AND HEARING

1   WHEREAS, plaintiff ACCO Brands, Inc., dba Kensington Technology Group seeks additional
2   time to prepare its opposition to defendants' motion.  Defendants have agreed to allow Kensington
3   additional time as long as defendants are allowed sufficient time to file a reply to Kensington's
4   opposition.  Therefore the parties agreed to a continuance of the briefing schedule and the hearing date.
5   The parties agreed that the hearing date on defendants' motion be continued from  March 9, 2007 to
6   March 16, 2007 at 9:00 a.m. and Kensington's opposition will be due on February 23, 2007 and
7   defendants' reply will be due March 2, 2007;

8   WHEREAS, the parties respectfully request that the Court adopt the proposed schedule set
9   forth above.

10  Dated:  February 16, 2007                           HOWREY LLP

12                                                     By:  /s/ *Brian A.E. Smith*
                                                            Brian A. E. Smith
13                                                          Attorneys for Plaintiff ACCO Brands dba
                                                            KENSINGTON TECHNOLOGY GROUP

15  Dated:  February 16, 2007                          KOLISCH HARTWELL, P.C.

17                                                     By:  /s/ *John M. McCormack*
                                                            John M. McCormack
18                                                          PC GUARDIAN ANTI-THEFT
                                                            PRODUCTS, INC. and FELLOWES,
19                                                          INC.

21              PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  Dated:
                                                       The Hon. Judge Susan Illston
24                                                     Judge, United States District Court

**HOWREY LLP**

STIPULATION & [PROPOSED] ORDER RE CONTINUANCE OF                -2-
BRIEFING SCHEDULE AND HEARING