IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>        Plaintiff,<br>  v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC., et al.,<br><br>        Defendants.<br>_____ / | No. C 04-03526 SI<br><br>**ORDER REQUIRING JOINT STATUS REPORT BY APRIL 23, 2007** |

By order dated January 19, 2006, this action was stayed pending reexamination of the patent at issue, U.S. Patent No. 6,553,794 ("the '794 patent"), by the Patent and Trademark Office ("PTO").

The PTO had previously found that the Young patent (U.S. Patent No. 2,530,560) limited one of plaintiff's other related patents, U.S. Patent No. 5,502,989 ("the '989 patent"), but Young was not disclosed to the PTO during prosecution of the '794 patent. Among other things, on reexamination of the '794 patent the PTO was expected to provide input on the question whether the Young patent should have the same limiting effect on the '794 patent as it did on the '989 patent.

The parties have not provided the Court any further report on the status of the reexamination proceedings. Accordingly, the parties are **ORDERED to file, no later than April 23, 2007, a Joint Status Report**, informing the court what the current status of the reexamination proceedings is; when the reexamination proceedings are expected to be completed; and when the parties expect proceedings in this Court to resume.

**IT IS SO ORDERED.**

Dated: April 11, 2007

                                            SUSAN ILLSTON
                                            United States District Judge