1  HENRY C. BUNSOW (State Bar No. 60707)
2  K.T. CHERIAN (State Bar No. 133967)
   BRIAN A.E. SMITH (State Bar No. 188147)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
5  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
6
7  Attorneys for Plaintiff
   ACCO BRANDS, INC. d/b/a KENSINGTON
8  TECHNOLOGY GROUP
9
10 JOHN M. MCCORMACK (State Bar No. 143194)
   KOLISCH HARTWELL, P.C.
11 260 Sheridan Ave., Suite 200
   Palo Alto CA 94306
12 Telephone: (650) 325-8673
13 Facsimile: (650) 325-5076
14
   Attorneys for Defendants
15 PC GUARDIAN ANTI-THEFT PRODUCTS, INC.
   and FELLOWES, INC.
16
17

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP, | Case No. CV 04-03526 SI |
| Plaintiff, | |
| v. | **JOINT PROPOSED CASE SCHEDULE** |
| PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC., | Courtroom 10, 19th floor<br>The Honorable Susan Illston |
| Defendants. | |

Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group ("Kensington") and defendants PC Guardian Anti-Theft Products, Inc. ("PC Guardian") and Fellowes, Inc. ("Fellowes") submit this Joint Proposed Case Schedule.

|  | Joint Proposal |
|---|---|
| Close of Claim Construction Discovery | October 1, 2007 |
| Opening Claim Construction Brief Due | October 12, 2007 |
| Response to Claim Construction Opening Brief Due | October 26, 2007 |
| Claim Construction Reply Brief Due | November 2, 2007 |
| Markman Hearing (1 hour) | November 16, 2007 |
| Further Case Management | January 11, 2008 |
| Close of Non-Expert Discovery | April 18, 2008 |
| Designation of Experts | May 19, 2008 |
| Opposing Experts | June 18, 2008 |
| Rebuttal Experts | July 2, 2008 |
| Dispositive Motions Due | August 4, 2008 |
|     Oppositions Due | August 18, 2008 |
|     Reply Due | August 25, 2008 |
|     Hearing | September 5, 2008 |
| Close of Expert Discovery | September 12, 2008 |
| Pretrial Conference | October 28, 2008 |
| Trial Date | November 10, 2008 |
| Estimated Trial Duration | 5 days |

Currently pending before the United States District Court for the Northern District of Illinois, Eastern Division, is *ACCO Brands USA, LLC v. PC Guardian Anti-Theft Products,*

Page 1 -  JOINT PROPOSED CASE SCHEDULE

*et al.*, Case No. 06-cv-07102. Kensington has asserted that PC Guardian and other defendants infringe U.S. Patent Numbers 7,100,403 and 7,121,125. On February 15, 2007, PC Guardian filed a motion to sever and transfer the Illinois suit to this District pursuant to 28 U.S.C. § 1404. That motion is fully briefed and the parties are awaiting a decision. If the Illionis court orders the '403 and '125 claims transferred to this District, then the parties shall meet and confer within 30 days after issuance of that order to discuss the case schedule.

DATED: July 20, 2007.           Respectfully submitted,

                                HOWREY LLP


                                By:   /s/ Brian A.E. Smith
                                Brian A.E. Smith
                                525 Market Street, Suite 3600
                                San Francisco, California  94105
                                Telephone: (415) 848-49000

                                Attorneys for Plaintiff
                                ACCO BRANDS INC., d/b/a KENSINGTON
                                TECHNOLOGY GROUP

DATED: July 20, 2007.           Respectfully submitted,
                                KOLISCH HARTWELL, P.C.


                                By:   /s/ John M. McCormack
                                John M. McCormack
                                260 Sheridan Ave., Suite 200
                                Palo Alto CA 94306
                                Telephone: (650) 325-8673

                                Attorneys for Defendants
                                PC GUARDIAN ANTI-THEFT PRODUCTS, INC.
                                and FELLOWES, INC.

IT IS SO ORDERED
Judge Susan Illston

Page 2 - JOINT PROPOSED CASE SCHEDULE