IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC., | No. C 04-03526 SI |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION FOR LEAVE TO BRIEF THE CONSTRUCTION OF ADDITIONAL TERMS** |
| v. | |
| PC GUARDIAN ANTI-THEFT PRODUCTS, INC. ET AL, | |
| Defendants. | |

Before the Court is defendants' motion for leave to brief the construction of additional terms. The matter is scheduled for a hearing on November 9, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing.

The Court DENIES defendants' motion. Defendants have failed to show good cause to overturn the Court's prior order limiting claim construction to two terms, "[g]iven defendants' failure to respect the Patent Local Rule deadlines." September 20, 2005 Order at 8-9 n.7 [Docket No. 51]. The Court ordered the parties to submit claim construction papers regarding "only the terms 'maintaining said locked configuration by use of a pin' and 'wherein said pin extends into said security slot.'" *Id.* at 13. That order stands unless and until the Court determines that the construction of additional terms is necessary.

**IT IS SO ORDERED.**

Dated: November 5, 2007

SUSAN ILLSTON
United States District Judge