**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC., | No. C 04-03526 SI |
| Plaintiff, | **ORDER RE: DISCOVERY** |
| v. | |
| PC GUARDIAN ANTI-THEFT PRODUCTS, INC., et al., | |
| Defendants.    / | |

Defendants PC Guardian Anti-Theft Products and Fellowes have filed a letter brief regarding a dispute over plaintiff Acco Brands' responses to defendants' requests for admission and an interrogatory related to those requests for admission. Defendants argue that although plaintiff replied to every request for admission at issue, it prefaced its responses with improper objections. Defendants also argue that although plaintiff responded to Interrogatory No. 21 – which asked plaintiff to state the factual and legal basis for every request for admission that it denied – plaintiff failed to reference a single request for admission and hence made it difficult, if not impossible, to determine the reasons plaintiff chose to deny any given request for admission. Plaintiff responds that defendants' request for relief should be denied because, regardless of plaintiff's objections, plaintiff did admit or deny each request for admission. In addition, plaintiff argues that it responded to Interrogatory No. 21, and that defendants actually object to plaintiff's denials and the reasons for the denials themselves.

The Court agrees with plaintiff that as long as plaintiff fully admitted or denied each request for admission, defendant cannot complain about plaintiff's prefatory objections. That said, plaintiff should be aware that it is the usual practice of the Court to give defendants the option of reading such

objections to the jury. As to defendants' objection to plaintiff's response to Interrogatory No. 21, the Court agrees with defendants that plaintiff must provide greater clarity by identifying the requests for admission by number. The Court denies all of defendants' other objections, such as objections to the substantive content of plaintiff's response to Interrogatory No. 21.

**IT IS SO ORDERED.**

Dated: March 24, 2008

SUSAN ILLSTON
United States District Judge