1  HENRY C. BUNSOW (State Bar No. 60707)
   K.T. CHERIAN (State Bar No. 133967)
2  BRIAN A.E. SMITH (State Bar No. 188147)
   ROBERT HARKINS (State Bar No. 179525)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California  94105
   Telephone:  (415) 848-4900
5  Facsimile:  (415) 848-4999

6  Attorneys for Plaintiff
   ACCO BRANDS, INC. d/b/a KENSINGTON
7  TECHNOLOGY GROUP

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION


| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP, | ) Case No. CV 04-03526 SI |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER EXTENDING FACT** <br> ) **DISCOVERY DEADLINE** |
| PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC., | ) |
| Defendants. | ) |

Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group and Defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc. hereby stipulate that the deadline for fact discovery in the above-entitled case will be extended until May 16, 2008.  No other dates in the scheduling order will be effected.

HOWREY LLP

---

STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE

DM_US:20980348_1

1  DATED: April 15, 2008

2                                           By: */s/ Robert Harkins*

Robert Harkins
HOWREY LLP
525 Market Street, Suite 3600
San Francisco CA 94105
Telephone: 415-848-4900
Facsimile: 415-848-4999
Email: harkinsr@howrey.com

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a KENSINGTON TECHNOLOGY GROUP

DATED: April 15, 2008

By: */s/ Michael R. Langer*

Michael R. Langer
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: (503) 224-6655
Facsimile: (503) 295-6679
email: langer@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC

IT IS SO ORDERED.

Dated:

_____
Honorable Susan Illston
United States District Judge

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE

DM_US:20980348_1

HOWREY LLP