IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC., | No. C 04-03526 SI |
| Plaintiff, | **ORDER RE: DISCOVERY** |
| v. | |
| PC GUARDIAN ANTI-THEFT PRODUCTS, INC., et al., | |
| Defendants. | |

Defendants PC Guardian Anti-Theft Products, Inc., and Fellowes, Inc., ask the Court to require plaintiff Kensington Technology Group to designate persons most knowledgeable to testify about certain topics pursuant to Federal Rule of Civil Procedure 30(b)(6). Plaintiff's person most knowledgeable was deposed on May 16, 2008, the final day of fact discovery, but plaintiff concedes that she was not able to answer questions about some of the noticed deposition topics requested by defendants. Instead, plaintiff primarily argues that prior deponents, who were not designated as persons most knowledgeable under Rule 30(b)(6), can satisfy defendants' request under Rule 30(b)(6) even though these prior deponents were not able to speak on behalf of Kensington Technology Group. The Court agrees with defendants that they are entitled to depose persons designated by plaintiff to answer questions about the remaining topics. If, as plaintiff suggests, those people will be unable to provide any additional information, they may explain that at their depositions. Defendants' discovery request is GRANTED [Docket No. 164].

**IT IS SO ORDERED.**

Dated: June 20, 2008

SUSAN ILLSTON
United States District Judge