John M. McCormack (State Bar No. 143194)
Elizabeth A. Tedesco (State Bar No. 221162)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants
PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.

RECEIVED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br><br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBITS I AND J TO THE DECLARATION OF ELIZABETH A. TEDESCO IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE KENSINGTON'S CONTENTIONS RELATING TO NEWLY ADDED PRODUCTS** |

Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group ("Kensington") and Defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that "Exhibit I" and "Exhibit J" to the Declaration of Elizabeth A. Tedesco in Support of Defendants'

Page 1— STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBITS I AND J UNDER SEAL;
Case No. 04-03526 SI

Case 3:04-cv-03526-SI   Document 174   Filed 07/15/08   Page 2 of 3

Motion to Strike Kensington's Contentions Relating to Newly Added Products should be filed under seal.

"Exhibit I" is the Expert Report of David A. Dornfeld, PhD., Regarding Infringement of U.S. Patent No. 6,553,794, Kensington's expert on infringement, served June 13, 2008, and has been designated "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order in this action. The report includes and discusses material from deposition transcripts that currently is designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order.

"Exhibit J" is the Expert Report of John L. Hansen, Kensington's expert on damages, served June 13, 2008, and also has been designated "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order in this action. The report includes and discusses sales data of defendants that is highly confidential, the disclosure of which would result in significant competitive harm to defendants.

DATED: June 27, 2008

/s/ Brian Smith
Brian Smith
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415-848-4900
Facsimile: 415-848-4999
Email: smithbrian@howrey.com

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a
KENSINGTON TECHNOLOGY GROUP

DATED: June 27, 2008

/s/ Elizabeth A. Tedesco
Elizabeth A. Tedesco
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204

Page 2— STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBITS I AND J UNDER SEAL; Case No. 04-03526 SI

Telephone: 503-224-6655
Facsimile: 503-295-6679
Email: tedesco@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT
PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: 7/11/08

_____
Honorable Susan Illston
United States District Court Judge

Page 3— STIPULATION AND [PROPOSED] ORDER TO FILE EXHIBITS I AND J UNDER SEAL;
Case No. 04-03526 SI