John M. McCormack (State Bar No. 143194)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants
PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION DEADLINES** |

      Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group and Defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that the deadlines for dispositive motions in the above-entitled case should be extended. On July 1, 2008, the Court continued the hearing date for dispositive motions from September 5, 2008 to September 22,

Page 1— STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION DEADLINES;
       Case No. 04-03526 SI

2008. [Docket Number 172]. Accordingly, the parties stipulate that the dispositive motion deadlines should be extended as follows:

| Event | Current Deadline | Jointly Proposed Deadline |
|---|---|---|
| Dispositive Motions Due | August 4, 2008 | August 15, 2008 |
| Opposition Motions Due | August 18, 2008 | August 29, 2008 |
| Reply Motions Due | August 25, 2008 | September 8, 2008 |
| Hearing | September 22, 2008 | September 22, 2008 |

No other dates in the scheduling order will be affected.

DATED: July 16, 2008

　/s/ Brian Smith
Brian Smith
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415-848-4900
Facsimile: 415-848-4999
Email: smithbrian@howrey.com

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a
KENSINGTON TECHNOLOGY GROUP

DATED: July 16, 2008

　/s/ Thomas J. Romano
Thomas J. Romano
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: 503-224-6655
Facsimile: 503-295-6679
Email: tromano@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT
PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Susan Illston
United States District Court Judge

Page 2— STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION DEADLINES;
　　　　Case No. 04-03526 SI