John M. McCormack (State Bar No. 143194)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants
PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br><br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANTS' MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER, AND EXHIBITS F AND M TO THE DECLARATION OF THOMAS J. ROMANO IN SUPPORT OF DEFENDANTS' MOTION** |

Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group ("Kensington") and Defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that Defendants' Motion for Leave to File a First Amended Answer, and Exhibits F and M to the Declaration of Thomas J. Romano in Support of Defendants' Motion for Leave to File a First Amended Answer should be filed under seal.

///

Page 1— STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL; Case No. 04-03526 SI

Exhibits F and M are excerpts from the transcripts of the 30(B)(6) deposition of Janet Dulsky from May 16, 2008, and July 17, 2008, and plaintiff has designated those transcripts as "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order in this action. The transcript includes and discusses information of plaintiffs that is highly confidential, the disclosure of which would result in significant competitive harm to plaintiffs.

Defendants' Motion for Leave to File a First Amended Answer relies on the information contained in Exhibits F and M and therefore should be filed under seal for the same reasons.

DATED: July 22, 2008  
/s/ Brian Smith  
Brian Smith  
HOWREY LLP  
525 Market Street, Suite 3600  
San Francisco, CA 94105  
Telephone: 415-848-4900  
Facsimile: 415-848-4999  
Email: smithbrian@howrey.com  

Attorneys for Plaintiff ACCO BRANDS INC., d/b/a KENSINGTON TECHNOLOGY GROUP

DATED: July 22, 2008  
/s/ Thomas J. Romano  
Thomas J. Romano  
KOLISCH HARTWELL, P.C.  
520 SW Yamhill Street, Suite 200  
Portland, Oregon 97204  
Telephone: 503-224-6655  
Facsimile: 503-295-6679  
Email: tromano@khpatent.com  

Attorneys for Defendants PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: _____

_Susan Illston_  
Honorable Susan Illston  
United States District Court Judge

Page 2— STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL; Case No. 04-03526 SI