| | |
|---|---|
| 1 | HENRY C. BUNSOW (State Bar No. 60707) |
| 2 | K.T. CHERIAN (State Bar No. 133967) |
|   | BRIAN A.E. SMITH (State Bar No. 188147) |
| 3 | ROBERT M. HARKINS, JR. (State Bar No.179525) |
|   | HOWREY LLP |
| 4 | 525 Market Street, Suite 3600 |
|   | San Francisco, California 94105 |
| 5 | Telephone: (415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 6 | |
| 7 | Attorneys for Plaintiff ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,, <br><br> Plaintiff, <br><br> v. <br><br> PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC., <br><br> Defendant. | Case No. 04-03526 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL PLAINTIFF KENSIGNTON'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE KENSINGTON'S CONTENTIONS RELATING TO NEWLY ACCUSED PRODUCTS AND EXHIBITS A AND G TO THE DECLARATION OF BRIAN SMITH IN SUPPORT OF OPPOSITION TO STRIKE KENSINGTON'S CONTENTIONS RELATING TO NEWLY ACCUSED PRODUCTS** <br><br> Date: August 29, 2008 <br> Time: 9:00 a.m. <br> Dept. Courtroom 10, 19th Floor <br> Judge: The Honorable Susan Illston |

Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group ("Kensington") and Defendant PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that Plaintiff, Kensington's Opposition to Defendants' Motion to Strike Kensington's Contentions Relating to Newly Accused Products and Exhibits A and G to the Declaration of Brian Smith in support of Opposition to Motion to Strike Kensington's Contentions Relating to Newly Accused Products should be filed under seal.

---

Case No. 04-03526 SI
STIPULATION AND [PROPOSED] ORDER TO FO FILE UNDER SEAL

DM_US:21389838_1

Exhibits A and G are excerpts from the transcripts of the 30(b)(6) deposition of Ann Laurenson from May 7, 2008 and excerpts from the transcript of the deposition of Ann Laurenson in her personal capacity from February 5, 2008, and defendants have designated those transcripts as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Plaintiff Kensington's Opposition to Defendants' Motion to Strike Kensington's Contentions Relating to Newly Accused Products relies on and cites the deposition testimony contained in Exhibits A and G and therefore should be filed under seal for the same reasons.

Dated: August 8, 2008

HOWREY LLP

By: /s/ Brian A.E. Smith
    Brian A.E. Smith
Attorneys for Plaintiff
ACCO BRANDS, INC. d/b/a
KENSINGTON TECHNOLOGY GROUP

Dated: August 8, 2008

KOLISCH HARTWELL, P.C.

By: /s/ Thomas J. Romano
    Thomas J. Romano
Attorneys for Defendants PC GUARDIAN
ANTI-THEFT PRODUCTS, INC. and
FELLOWES, INC.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston
Judge, United States District Court