Peter E. Heuser (State Bar No. 111600)
John M. McCormack (State Bar No. 143194)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (Admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants
PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL MATERIAL IN EXHIBITS SUBMITTED WITH PC GUARDIAN'S MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group ("ACCO") and Defendants PC Guardian Anti-Theft Products, Inc. ("PC Guardian") and Fellowes, Inc., hereby stipulate that the following material be filed under seal in connection with, as noted below, the Declaration of Elizabeth Tedesco in Support of Defendants' Motion for Summary Judgment of Unenforceability for Inequitable Conduct ("Tedesco Decl. No. 1"), the Declaration of Elizabeth

Page 1— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
Case No. 04-03526 SI

A. Tedesco in Support of Defendants' Motion for Summary Judgment of No Willful Infringement ("Tedesco Decl. No. 2"), and the Declaration of Thomas J. Romano in Support of Defendants' Motion for Summary Judgment of Invalidity of Claims 1, 4, 5, 7 and 9 of U.S. Patent No. 6,553,794 ("Romano Decl."):

- Pages 20-25, 36, 48-50, 63-87, 101, 126-127, 129 and 157 of the Deposition of William Murray (included in Exh. F to Tedesco Decl. No. 1; Exh. H to Romano Decl.);

- Pages 20-21, 171, 199-203, 228, 255-257, 273-305 of the Deposition of Janet Dulsky, Rule 30(b)(6) deponent for ACCO (included in Exh. N to Tedesco Decl. No. 1; Exh. D to Tedesco Decl. No. 2; Exh. BB to the Romano Decl.);

- Pages 87-98, 157-189 of the Deposition of Patrick Jewik (included in Exh. O to Tedesco Decl. No. 1; Exh. D to Romano Decl.);

- Page 117 of the Deposition of Michael Woods (included in Exh. AA to Romano Decl.);

- Page 40 of the Deposition of Stewart Carl (included in Exh. N to Romano Decl.);

- Pages 88-89 and 100-102 of the Deposition of Ann Laurenson, Rule 30(b)(6) Deponent for PC Guardian (included in Exh. B to Tedesco Decl. No. 2);

- Pages 43-45, 58-65 of the transcript of the trial in the case of *ACCO Brands, Inc. v. ABA Locks Manufacturer Co., Ltd. and Belkin Components*, Case No. 02-CV-112 (included in Exh. J to Tedesco Decl. No. 1; Exh. I to Romano Decl.); and

- Pages 1-2, 8, 14-15, 20-21, and 69 of the Responsive Expert Report of David A. Dornfeld, PhD., Regarding the Validity of U.S. Patent No. 6,553,794 (included in Exh. K to Tedesco Decl. No. 1; Exh. L to Romano Decl.).

The parties believe that the deposition testimony listed above should be filed under seal because it has been designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order and includes competitively sensitive discussion of activities connected to the prosecution of the patent-in-suit and related patents, as well as product development and confidential internal practices.

The parties believe that the portions of the *ACCO Brands, Inc. v. ABA Locks Manufacturer Co., Ltd. and Belkin Components* trial should be filed under seal because they too

have been designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order and includes competitively sensitive discussion of product development and confidential internal practices.

The parties further believe that the Responsive Expert Report of David A. Dornfeld, PhD., Regarding the Validity of U.S. Patent No. 6,553,794 should be filed under seal because it has been designated "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order and includes and discusses material from deposition transcripts that are currently designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order.

Consistent with the parties' belief that all of the information listed above should be filed under seal, the parties also stipulate the following motions under seal because they discuss the material listed above:

- Defendants' Motion for Summary Judgment of Unenforceability for Inequitable Conduct;
- Defendants' Motion for Summary Judgment of No Willful Infringement; and
- Defendants' Motion for Summary Judgment of Invalidity of Claims 1, 4, 5, 7 and 9 of U.S. Patent No. 6,553,794.


DATED: August 22, 2008

/s/ Brian Smith
Brian Smith
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415-848-4900
Facsimile: 415-848-4999
Email: smithbrian@howrey.com

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a
KENSINGTON TECHNOLOGY GROUP

Page 3— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
Case No. 04-03526 SI


DATED: August 22, 2008 /s/ Elizabeth A. Tedesco
Elizabeth A. Tedesco
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon  97204
Telephone:  503-224-6655
Facsimile:   503-295-6679
Email:  tedesco@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT
PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: _____   _____
Honorable Susan Illston
United States District Court Judge

Page 4— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
Case No. 04-03526 SI