HENRY C. BUNSOW (State Bar No. 60707)
K.T. CHERIAN (State Bar No. 133967)
BRIAN A.E. SMITH (State Bar No. 188147)
ROBERT M. HARKINS, JR. (State Bar No.179525)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff ACCO BRANDS, INC. d/b/a
KENSINGTON TECHNOLOGY GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,, <br><br> Plaintiff, <br><br> v. <br><br> PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC., <br><br> Defendant. | Case No. 04-03526 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBITS 4-8, 11 AND 15 TO THE DECLARATION OF BRIAN SMITH IN SUPPORT OF PLAINTIFF KENSINGTON GROUPS RENEWED MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT 6,553,794** <br><br> Date: September 22, 2008 <br> Time: 9:00 a.m. <br> Dept. Courtroom 10, 19th Floor <br> Judge: The Honorable Susan Illston |

Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group ("Kensington") and Defendant PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that Plaintiff Kensington Group's Exhibits 4-8, 11 and 15 to the Declaration of Brian Smith in support of Kensington Groups Renewed Motion For Summary Judgment Of Infringement Of U.S. Patent 6,553,794 and Exhibits 5-8, 11 and 15 should be filed under seal.

---

Case No. 04-03526 SI
STIPULATION AND [PROPOSED] ORDER TO FO FILE UNDER SEAL

DM_US:21417189_1

Exhibit 5 contains excerpts from the deposition of Noah Groth from May 8, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Exhibit 6 contains excerpts from the deposition of Ann Laurenson from February 5, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Exhibit 7 contains excerpts from the deposition of Richard Harris from May 9, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Exhibit 8 contains excerpts from the deposition of Gregg Reyes from May 14, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action

Exhibit 11 contains excerpts from the deposition of Steven L. Carson from April 11, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action

Exhibit 15 contains excerpts from the deposition of Gregorio Reyes from April 10, 2002 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action

Plaintiff, Kensington Groups Renewed Motion For Summary Judgment Of Infringement Of U.S. Patent 6,553,794 relies on and cites the deposition testimony contained in and Exhibits 5-8, 11 and 15 to the Declaration of Brian Smith and therefore should be filed under seal for the same reasons.

1
2 Dated: August 22, 2008
3                                            HOWREY LLP
4
5
                                     By:   */s/ Brian A.E. Smith*
6                                                Brian A.E. Smith
                                          Attorneys for Plaintiff
7                                           ACCO BRANDS, INC. d/b/a
                                          KENSINGTON TECHNOLOGY GROUP
8
9
  Dated: August 22, 2008
10
                                          KOLISCH HARTWELL, P.C.
11
12
13                                        By:   */s/ Thomas J. Romano*
                                                Thomas J. Romano
14                                           Attorneys for Defendants PC GUARDIAN
                                          ANTI-THEFT PRODUCTS, INC. and
15                                           FELLOWES, INC.

16
  IT IS SO ORDERED.
17
18
  Dated: _____
19                                           Hon. Susan Illston
                                          Judge, United States District Court
20
21
22
23
24
25
26
27
28