IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 04-03526 SI<br><br>**ORDER VACATING ARGUMENT DATE AND SETTING A CASE MANAGEMENT CONFERENCE** |

On August 13, 2008, the Court held a case management conference to discuss the filing of summary judgment motions. Since that time, defendants have filed three summary judgment motions and plaintiff has filed two summary judgment motions, all scheduled for argument on September 22, 2008. The five summary judgment motions are far beyond what the Court had contemplated at the last conference, and at least some of the motions raise issues that could have been raised or were raised many months ago. For these reasons, the Court finds it appropriate to vacate the September 22, 2008 argument date. In its stead, **the Court will hold a case management conference on September 3, 2008, at 11:00 a.m.** to discuss how, if at all, these summary judgment motions should proceed.

**IT IS SO ORDERED.**

Dated:　August 27, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge