John M. McCormack (State Bar No. 143194)
Peter E. Heuser (State Bar No. 111600)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (Admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION TO FILE MATERIALS UNDER SEAL IN CONNECTION WITH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The following exhibits to the Declaration of Elizabeth A. Tedesco in Support of Defendants' Motion for Summary Judgment of Invalidity, Unenforceability for Inequitable Conduct, and No Willful Infringement were approved by the Court to be filed under seal on August 26, 2008 (as exhibits to the declarations supporting motions for summary judgment filed August 22, 2008):

Page 1— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
           Case No. 04-03526 SI

- **Exhibit F** (formerly "Exhibit F" to Declaration of Elizabeth Tedesco in Support of Defendants' Motion for Summary Judgment of Unenforceability for Inequitable Conduct ("8/22/08 Tedesco Decl. No. 1") and "Exhibit H" to the Declaration of Thomas J. Romano in Support of Defendants' Motion for Summary Judgment of Invalidity of Claims 1, 4, 5, 7 and 9 of U.S. Patent No. 6,553,794 ("8/22/08 Romano Decl."));

- **Exhibit J** (formerly "Exhibit J" to 8/22/08 Tedesco Decl. No. 1 and "Exhibit I" to the 8/22/08 Romano Decl.);

- **Exhibit K** (formerly "Exhibit K" to 8/22/08 Tedesco Decl. No. 1 and "Exhibit L" to the 8/22/08 Romano Decl.);

- **Exhibit N** (formerly "Exhibit N" to 8/22/08 Tedesco Decl. No. 1, "Exhibit BB" to the 8/22/08 Romano Decl., and "Exhibit D" to the Declaration of Elizabeth A. Tedesco in Support of Defendants' Motion for Summary Judgment of No Willful Infringement ("Tedesco Decl. No. 2"));

- **Exhibit O** (formerly "Exhibit O" to 8/22/08 Tedesco Decl. No. 1 and "Exhibit D" to the 8/22/08 Romano Decl.);

- **Exhibit II** (formerly "Exhibit N" to 8/22/08 Romano Decl.);

- **Exhibit JJ** (formerly "Exhibit AA" to the 8/22/08 Romano Decl.); and

- **Exhibit MM** (formerly "Exhibit B" to the 8/22/08 Tedesco Decl. No. 2).

In addition to these exhibits, defendants stipulate to filing under seal **Exhibit OO** and **Exhibit PP** to the Declaration of Elizabeth A. Tedesco in Support of Defendants' Motion for Summary Judgment of Invalidity, Unenforceability for Inequitable Conduct, and No Willful Infringement. Exhibit OO comprises excerpts from the deposition testimony of plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group ("ACCO")'s expert witness, Dr. David Dornfeld. The deposition testimony discusses ACCO's contentions about the '794 patent and the technology and has been designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order by ACCO. Exhibit PP comprises an excerpt from the Rebuttal Expert Report of David A. Dornfeld, Ph.D., Regarding Infringement of U.S. Patent No. 6,553,794. This report was designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order by ACCO for likely the same reasons.

Page 2— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
        Case No. 04-03526 SI

Consistent with the parties' belief that all of the information listed above should be filed under seal, the parties also stipulate to filing Defendants' Motion for Summary Judgment of Invalidity, Unenforceability for Inequitable Conduct, and No Willful Infringement under seal because it discusses the material listed above.

DATED: September 12, 2008

/s/ Brian Smith
Brian Smith
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415-848-4900
Facsimile: 415-848-4999
Email: smithbrian@howrey.com

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a
KENSINGTON TECHNOLOGY GROUP

DATED: September 12, 2008

/s/ Elizabeth A. Tedesco
Elizabeth A. Tedesco
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: 503-224-6655
Facsimile: 503-295-6679
Email: tedesco@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT
PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Susan Illston
United States District Court Judge

Page 3— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
Case No. 04-03526 SI