HENRY C. BUNSOW (State Bar No. 60707)
K.T. CHERIAN (State Bar No. 133967)
BRIAN A.E. SMITH (State Bar No. 188147)
ROBERT M. HARKINS, JR. (State Bar No.179525)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff ACCO BRANDS, INC. d/b/a
KENSINGTON TECHNOLOGY GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,, <br><br> Plaintiff, <br><br> v. <br><br> PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC., <br><br> Defendant. | Case No. 04-03526 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBITS 12-14, 20-22 AND 28 TO THE DECLARATION OF BRIAN SMITH IN SUPPORT OF PLAINTIFF KENSINGTON GROUP'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: September 22, 2008 <br> Time: 9:00 a.m. <br> Dept. Courtroom 10, 19th Floor <br> Judge: The Honorable Susan Illston |

Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group ("Kensington") and Defendant PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that Plaintiff Kensington Group's Exhibits 12-14, 20-22 and 28 to the Declaration of Brian Smith in support of Kensington Group's Motion For Summary Judgment and Exhibits 12-14, 20-22 and 28 should be filed under seal.

---

Case No. 04-03526 SI
STIPULATION AND [PROPOSED] ORDER TO FO FILE UNDER SEAL

DM_US:21471413_1

1  Exhibit 12 contains excerpts from the deposition of Ann Laurenson from May 7, 2008
2  defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
3  Stipulated Protective Order in this action.

4  Exhibit 13 contains excerpts from the deposition of Noah Groth from May 8, 2008 defendants
5  have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated
6  
7  Protective Order in this action.

8  Exhibit 14 contains excerpts from the deposition of Steven L. Carson from April 11, 2008
9  defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
10 Stipulated Protective Order in this action.

11 Exhibit 20 contains excerpts from the deposition of Ann Laurenson from February 5, 2008
12 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
13 
14 Stipulated Protective Order in this action.

15 Exhibit 21 contains excerpts from the deposition of Richard Harris from May 9, 2008
16 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
17 Stipulated Protective Order in this action.

18 Exhibit 22 contains excerpts from the deposition of Gregg Reyes from May 14, 2008
19 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
20 
21 Stipulated Protective Order in this action

22 Exhibit 28 contains excerpts from the deposition of Gregorio Reyes from April 10, 2002
23 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
24 Stipulated Protective Order in this action

25 Plaintiff, Kensington Groups Renewed Motion for Summary Judgment relies on and cites the
26 deposition testimony contained in and Exhibits 12-14, 20-22 and 28 to the Declaration of Brian Smith
27 and therefore should be filed under seal for the same reasons.
28

-2-
STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL
Case No. 04-03526 SI

DM_US:21471413_1

1 | Dated: September 12, 2008

2 | HOWREY LLP

4 | By: */s/ Brian A.E. Smith*
5 | Brian A.E. Smith
Attorneys for Plaintiff
6 | ACCO BRANDS, INC. d/b/a
KENSINGTON TECHNOLOGY GROUP

8 | Dated: September 12, 2008

9 | KOLISCH HARTWELL, P.C.

12 | By: */s/ Thomas J. Romano*
Thomas J. Romano
13 | Attorneys for Defendants PC GUARDIAN
ANTI-THEFT PRODUCTS, INC. and
14 | FELLOWES, INC.

15 | IT IS SO ORDERED.

17 | Dated: _____
18 | Hon. Susan Illston
Judge, United States District Court

-3-
STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL
Case No. 04-03526 SI

DM_US:21471413_1