John M. McCormack (State Bar No. 143194)
Peter E. Heuser (State Bar No. 111600)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants
PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br>v.<br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANTS' AFFIRMATIVE DEFENSES FOR FAILURE TO STATE A CLAIM AND PATENT MISUSE** |

Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group and Defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., parties to this legal action, by and through their attorneys, do hereby stipulate and the Court does hereby order as follows:

1. Defendants' affirmative defense of failure to state a claim, in Paragraph 11 of Defendants' Amended Answer, Affirmative Defenses, Counterclaims, and Demand for Jury Trial, against U.S. Patent No. 6,553,794 is dismissed with prejudice.

Page 1— STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE...; Case No. 04-03526 SI

2. Defendants' affirmative defense of patent misuse, in Paragraphs 17 through 19 of Defendants' Amended Answer, against the '794 patent is dismissed with prejudice.

3. Each party is to bear its own costs and attorneys fees with respect to these two affirmative defenses and the entry of this Stipulation and Order.

DATED: September 25, 2008

   /s/ Brian Smith
Brian Smith
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
Telephone:  415-848-4900
Facsimile:  415-848-4999
Email:  smithbrian@howrey.com

Michael Q. Eagan
Michael J. Avenatti
EAGAN O'MALLEY & AVENATTI, LLP
Three Embarcadero, 8th floor
San Francisco, CA  94111
Telephone:  415-765-4600

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a
KENSINGTON TECHNOLOGY GROUP

DATED: September 25, 2008

   /s/ Thomas J. Romano
Thomas J. Romano
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon  97204
Telephone:  503-224-6655
Facsimile:  503-295-6679
Email:  tromano@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT
PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Susan Illston
United States District Court Judge