1   John M. McCormack (State Bar No. 143194)
2   Peter E. Heuser (State Bar No. 111600)
    Elizabeth A. Tedesco (State Bar No. 221162)
3   Michael R. Langer (Admitted *pro hac vice*)
    Thomas J. Romano (admitted *pro hac vice*)
4   KOLISCH HARTWELL, P.C.
    260 Sheridan Avenue, Suite 200
5   Palo Alto, California 94306
    Telephone: (650) 325-8673
6   Facsimile: (650) 325-5076

7

8   Attorneys for Defendants

9

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13   ACCO BRANDS, INC. d/b/a          No. 04-03526 SI
    KENSINGTON TECHNOLOGY GROUP,
14                           **STIPULATION TO FILE MATERIALS**
             Plaintiff,          **UNDER SEAL IN CONNECTION WITH**
15                           **DEFENDANTS' OPPOSITION TO**
        v.                   **PLAINTIFF KENSINGTON**
16                           **TECHNOLOGY GROUP'S MOTION**
    PC GUARDIAN ANTI-THEFT      **FOR SUMMARY JUDGMENT**
17   PRODUCTS, INC. and FELLOWES, INC.,

18            Defendants.

19

20

21

22         Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group ("ACCO") and

23   defendants PC Guardian Anti-Theft Products, Inc. ("PC Guardian") and Fellowes, Inc. hereby

24   stipulate that the following exhibits be filed under seal in connection with the Declaration of

25   Thomas J. Romano in Support of Defendants' Opposition to Plaintiff Kensington Technology

26   Group's Motion for Summary Judgment:

27

28

Page 1—   STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
        Case No. 04-03526 SI

- **Exhibit H:** Copy of Opposition Expert Report of Steven A. Velinsky Regarding Infringement of Claims 1, 4, 5, 7 And 9 of U.S. Patent No. 6,553,794

- **Exhibit I:** Excerpts from the 30(B)(6) deposition of Janet Dulsky, taken May 16, 2008.

- **Exhibit K:** Excerpts from the deposition of David A. Dornfeld, Ph.D., taken September 5, 2008.

The parties believe that the deposition testimony listed above should be filed under seal because it has been designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order and includes competitively sensitive discussion of activities connected to the prosecution of the patent-in-suit and related patents, as well as product development and confidential internal practices.

The parties further believe that the Opposition Expert Report of Steven A. Velinsky Regarding Infringement of Claims 1, 4, 5, 7 and 9 of U.S. Patent No. 6,553,794 should be filed under seal because it has been designated "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order and includes and discusses material from deposition transcripts that are currently designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order.

Consistent with the parties' belief that all of the information listed above should be filed under seal, the parties also stipulate to filing Defendants' Memorandum in Opposition to Plaintiff Kensington Technology Group's Motion for Summary Judgment under seal because it discusses the material listed above.

DATED: September 26, 2008

/s/ Brian Smith
Brian Smith
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415-848-4900
Facsimile: 415-848-4999
Email: smithbrian@howrey.com

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a
KENSINGTON TECHNOLOGY GROUP

DATED: September 26, 2008

/s/ Elizabeth A. Tedesco
Elizabeth A. Tedesco
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: 503-224-6655
Facsimile: 503-295-6679
Email: tedesco@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT
PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Susan Illston
United States District Court Judge

Page 3— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
Case No. 04-03526 SI