John M. McCormack (State Bar No. 143194)
Peter E. Heuser (State Bar No. 111600)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (Admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br><br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION TO FILE MATERIALS UNDER SEAL IN CONNECTION WITH DEFENDANTS' OPPOSITION TO PLAINTIFF KENSINGTON TECHNOLOGY GROUP'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group ("ACCO") and defendants PC Guardian Anti-Theft Products, Inc. ("PC Guardian") and Fellowes, Inc. hereby stipulate that the following exhibits be filed under seal in connection with the Declaration of Thomas J. Romano in Support of Defendants' Opposition to Plaintiff Kensington Technology Group's Motion for Summary Judgment:

Page 1— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
  Case No. 04-03526 SI

- **Exhibit H:** Copy of Opposition Expert Report of Steven A. Velinsky Regarding Infringement of Claims 1, 4, 5, 7 And 9 of U.S. Patent No. 6,553,794
- **Exhibit I:** Excerpts from the 30(B)(6) deposition of Janet Dulsky, taken May 16, 2008.
- **Exhibit K:** Excerpts from the deposition of David A. Dornfeld, Ph.D., taken September 5, 2008.

The parties believe that the deposition testimony listed above should be filed under seal because it has been designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order and includes competitively sensitive discussion of activities connected to the prosecution of the patent-in-suit and related patents, as well as product development and confidential internal practices.

The parties further believe that the Opposition Expert Report of Steven A. Velinsky Regarding Infringement of Claims 1, 4, 5, 7 and 9 of U.S. Patent No. 6,553,794 should be filed under seal because it has been designated "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order and includes and discusses material from deposition transcripts that are currently designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order.

Consistent with the parties' belief that all of the information listed above should be filed under seal, the parties also stipulate to filing Defendants' Memorandum in Opposition to Plaintiff Kensington Technology Group's Motion for Summary Judgment under seal because it discusses the material listed above.

| | | |
|---|---|---|
| 1 | DATED: September 26, 2008 | /s/ Brian Smith |
| 2 | | Brian Smith |
| | | HOWREY LLP |
| 3 | | 525 Market Street, Suite 3600 |
| | | San Francisco, CA 94105 |
| 4 | | Telephone: 415-848-4900 |
| | | Facsimile: 415-848-4999 |
| 5 | | Email: smithbrian@howrey.com |

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a
KENSINGTON TECHNOLOGY GROUP

DATED: September 26, 2008     /s/ Elizabeth A. Tedesco
Elizabeth A. Tedesco
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: 503-224-6655
Facsimile: 503-295-6679
Email: tedesco@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT
PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: _____     _____
Honorable Susan Illston
United States District Court Judge

Page 3— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
Case No. 04-03526 SI