| | |
|---|---|
| 1 | HENRY C. BUNSOW (State Bar No. 60707) |
| 2 | K.T. CHERIAN (State Bar No. 133967) |
|   | BRIAN A.E. SMITH (State Bar No. 188147) |
| 3 | ROBERT M. HARKINS, JR. (State Bar No.179525) |
|   | HOWREY LLP |
| 4 | 525 Market Street, Suite 3600 |
|   | San Francisco, California 94105 |
| 5 | Telephone: (415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 6 | |
| 7 | Attorneys for Plaintiff ACCO BRANDS, INC. d/b/a |
|   | KENSINGTON TECHNOLOGY GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,, <br><br> Plaintiff, <br><br> v. <br><br> PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC., <br><br> Defendant. | Case No. 04-03526 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBITS 18, 19, 20, 21 AND 22 TO THE DECLARATION OF BRIAN SMITH IN SUPPORT OF PLAINTIFF'S OPPOSTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY, UNENFORCEABILITY FOR INEQUITABLE OCNDUCT, AND NO WILLFULL INFRINGEMENT** <br><br> Date: October 22, 2008 <br> Time: 2:00 p.m. <br> Dept. Courtroom 10, 19th Floor <br> Judge: The Honorable Susan Illston |

Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group ("Kensington") and Defendant PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that Plaintiff Kensington Group's Exhibits 18, 19, 20, 21 and 22 to the Declaration of Brian Smith in Support of Kensington Group's Opposition to Defendants' Motion for Summary Judgment of Invalidity, Unenforceability for Inequitable Conduct, and No Willful Infringement should be filed under seal.

STIPULATION AND PROPOSED
TO FILE EXHIBITS UNDER SEAL

1

DM_US:21505560_1

1  Exhibit 18 contains excerpts from the deposition of Janet Dulsky from July 17, 2008
2  defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
3  Stipulated Protective Order in this action.
4  
5  Exhibit 19 contains excerpts from the deposition of Stewart Carl from April 15, 2008
6  defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
7  Stipulated Protective Order in this action.
8  Exhibit 20 contains excerpts from the deposition of Arthur Zarnowitz from April 15, 2008
9  defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
10 Stipulated Protective Order in this action.
11 
12 Exhibit 21 contains excerpts from the deposition of Noah Groth from August 28, 2008
13 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
14 Stipulated Protective Order in this action.
15 Exhibit 22 contains excerpts from the deposition of William Murray from April 14, 2008
16 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the
17 Stipulated Protective Order in this action.
18 Plaintiff, Kensington Group's Opposition to Defendant's Motion for Summary Judgment of
19 Invalidity, Unenforceability for Inequitable Conduct, and No Willful Infringement relies on and cites
20 the deposition testimony contained in and Exhibits 18, 19, 20, 21 and 22 to the Declaration of Brian
21 Smith and therefore should be filed under seal for the same reasons.
22 
23 Dated: September 26, 2008

HOWREY LLP

By: */s/ Brian A.E. Smith*
     Brian A.E. Smith
Attorneys for Plaintiff
ACCO BRANDS, INC. d/b/a
KENSINGTON TECHNOLOGY GROUP

STIPULATION AND PROPOSED
TO FILE EXHIBITS UNDER SEAL
Case No. 04-03526 SI

2

DM_US:21505560_1

Dated: September 26, 2008

KOLISCH HARTWELL, P.C.

By: */s/ Thomas J. Romano*
    Thomas J. Romano
    Attorneys for Defendants PC GUARDIAN
    ANTI-THEFT PRODUCTS, INC. and
    FELLOWES, INC.

IT IS SO ORDERED.

Dated: _____

Hon. Susan Illston
Judge, United States District Court

STIPULATION AND PROPOSED
TO FILE EXHIBITS UNDER SEAL
Case No. 04-03526 SI

3

DM_US:21505560_1