John M. McCormack (State Bar No. 143194)
Peter E. Heuser (State Bar No. 111600)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (Admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION TO FILE MATERIALS UNDER SEAL IN CONNECTION WITH DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group ("ACCO") and defendants PC Guardian Anti-Theft Products, Inc. ("PC Guardian") and Fellowes, Inc. hereby stipulate that the following exhibits be filed under seal in connection with the Declaration of Elizabeth A. Tedesco in Support of Defendants' Reply in Support of Their Motion for Summary Judgment of Invalidity, Unenforceability for Inequitable Conduct, and No Willful Infringement:

Page 1— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
 Case No. 04-03526 SI

- **Exhibit A:** Excerpt from the deposition of David A. Dornfeld, Ph.D., taken September 5, 2008.

- **Exhibit J:** Excerpt from the Responsive Expert Report of David A. Dornfeld, Ph.D., Regarding Validity of U.S. Patent No. 6,553, 794.

The parties believe that the deposition testimony and expert report listed above should be filed under seal because it has been designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order.

DATED: October 3, 2008

/s/ Brian Smith
Brian Smith
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: 415-848-4900
Facsimile: 415-848-4999
Email: smithbrian@howrey.com

Attorneys for Plaintiff
ACCO BRANDS INC., d/b/a
KENSINGTON TECHNOLOGY GROUP

DATED: October 3, 2008

/s/ Elizabeth A. Tedesco
Elizabeth A. Tedesco
KOLISCH HARTWELL, P.C.
520 SW Yamhill Street, Suite 200
Portland, Oregon 97204
Telephone: 503-224-6655
Facsimile: 503-295-6679
Email: tedesco@khpatent.com

Attorneys for Defendants,
PC GUARDIAN ANTI-THEFT
PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Susan Illston
United States District Court Judge