HENRY C. BUNSOW (State Bar No. 60707)
K.T. CHERIAN (State Bar No. 133967)
BRIAN A.E. SMITH (State Bar No. 188147)
ROBERT M. HARKINS, JR. (State Bar No.179525)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff ACCO BRANDS, INC. d/b/a
KENSINGTON TECHNOLOGY GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,, <br><br> Plaintiff, <br><br> v. <br><br> PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC., <br><br> Defendant. | Case No. 04-03526 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL CORRECTED EXHIBITS 12-14, 20-22 AND 28 TO THE DECLARATION OF BRIAN SMITH IN SUPPORT OF PLAINTIFF KENSINGTON GROUP'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: October 28, 2008 <br> Time: 9:00 a.m. <br> Dept. Courtroom 10, 19th Floor <br> Judge: The Honorable Susan Illston |

On September 12, 2008, Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group ("Kensington") and Defendant PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., stipulated to file Kensington's Exhibits 12-14, 20-22 and 28 to the Declaration of Brian Smith in support of Kensington Group's Motion For Summary Judgment under seal [Dkt. No. 253], and the Court issued an order granting that motion on September 23, 2008 [Dkt. No. 256]. However, the exhibits filed on that date did not include all the agreed-upon and cited pages, so Kensington hereby submits the same stipulation, that Kensington and defendants stipulate that Kensington's Exhibits 12-14, 20-22 and 28 to

the Declaration of Brian Smith in support of Kensington Group's Motion For Summary Judgment and Exhibits 12-14, 20-22 and 28 should be filed under seal. Those corrected exhibits include the following:

Corrected Exhibit 12 contains excerpts from the deposition of Ann Laurenson from May 7, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Corrected Exhibit 13 contains excerpts from the deposition of Noah Groth from May 8, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Corrected Exhibit 14 contains excerpts from the deposition of Steven L. Carson from April 11, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Corrected Exhibit 20 contains excerpts from the deposition of Ann Laurenson from February 5, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Corrected Exhibit 21 contains excerpts from the deposition of Richard Harris from May 9, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Corrected Exhibit 22 contains excerpts from the deposition of Gregg Reyes from May 14, 2008 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Corrected Exhibit 28 contains excerpts from the deposition of Gregorio Reyes from April 10, 2002 defendants have designated this transcript as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order in this action.

Kensington's September 12, 2008 Motion for Summary Judgment relies on and cites the deposition testimony contained in and Corrected Exhibits 12-14, 20-22 and 28 to the Declaration of Brian Smith and therefore should be filed under seal for the same reasons.

Dated: October 28, 2008

HOWREY LLP

By: /s/ Brian A.E. Smith
    Brian A.E. Smith
Attorneys for Plaintiff
ACCO BRANDS, INC. d/b/a
KENSINGTON TECHNOLOGY GROUP

Dated: October 28, 2008

KOLISCH HARTWELL, P.C.

By: /s/ Thomas J. Romano
    Thomas J. Romano
Attorneys for Defendants PC GUARDIAN
ANTI-THEFT PRODUCTS, INC. and
FELLOWES, INC.

IT IS SO ORDERED.

Dated: _____ _____
Hon. Susan Illston
Judge, United States District Court