John M. McCormack (State Bar No. 143194)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants
PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC., <br><br> Defendants. | No. 04-03526 SI <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff ACCO Brands, Inc. d/b/a/ Kensington Technology Group and Defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that the case management conference currently set for November 21, 2008 at 2:30 p.m. be reset for December 19, 2008 at 9:00 a.m., the same time as the hearing on defendants' Motion to Dismiss Defendants' Antitrust Counterclaim Without Prejudice. No other currently scheduled dates will be affected.

Page 1— STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE;
 Case No. 04-03526 SI

1
2  DATED: _____November 21, 2008_____          _____/s/ Michael Avenatti_____
3                                              Michael J. Avenatti
                                               EAGAN O'MALLEY & AVENATTI, LLP
4                                              450 Newport Center Drive, 2nd Floor
                                               Newport Beach, CA 92660
5                                              Telephone: (949) 706-7000
                                               Facsimile: (949) 706-7050
6                                              Email: mavenatti@eoalaw.com
7
                                               Attorneys for Plaintiff
8                                              ACCO BRANDS INC., d/b/a
                                               KENSINGTON TECHNOLOGY GROUP
9
10
11 DATED: _____November 21, 2008_____          _____/s/ Elizabeth Tedesco_____
                                               Elizabeth A. Tedesco
12                                             KOLISCH HARTWELL, P.C.
                                               520 SW Yamhill Street, Suite 200
13                                             Portland, Oregon  97204
                                               Telephone:  503-224-6655
14                                             Facsimile:   503-295-6679
                                               Email:  tromano@khpatent.com
15
16                                             Attorneys for Defendants
                                               PC GUARDIAN ANTI-THEFT
17                                             PRODUCTS, INC. and FELLOWES, INC.
18
19
20 **IT IS SO ORDERED.**

21
   DATED: _____          _____
22
                                               Honorable Susan Illston
23                                             United States District Court Judge
24
25
26
27
28
   Page 2— STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE;
           Case No. 04-03526 SI