John M. McCormack (State Bar No. 143194)
Peter E. Heuser (State Bar No. 111600)
Elizabeth A. Tedesco (State Bar No. 221162)
Michael R. Langer (Admitted *pro hac vice*)
Thomas J. Romano (admitted *pro hac vice*)
KOLISCH HARTWELL, P.C.
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (650) 325-8673
Facsimile: (650) 325-5076

Attorneys for Defendants
PC GUARDIAN ANTI-THEFT PRODUCTS, INC. AND FELLOWES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br><br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | No. 04-03526 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL IN CONNECTION WITH DEFENDANTS' REPLY TO KENSINGTON TECHNOLOGY GROUP'S OPPOSITION TO MOTION TO DISMISS DEFENDANTS' ANTITRUST COUNTERCLAIM WITHOUT PREJUDICE** |

Plaintiff ACCO Brands, Inc. d/b/a Kensington Technology Group ("ACCO") and defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc. hereby stipulate that the following exhibit should be filed under seal in connection with the Declaration of Thomas J. Romano in Support of Defendants' Reply to Kensington Technology Group's Opposition to Motion to Dismiss Defendants' Antitrust Counterclaim Without Prejudice:

Page 1— STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
     Case No. 04-03526 SI

1    ▪ **Exhibit A** (Memorandum in Support of PC Guardian's Motion for Summary Judgment
2    of Unenforceability for Inequitable Conduct).

3         Exhibit A is a brief that was previously filed under seal in the United States District Court
4    for the Northern District of Illinois in *ACCO Brands USA LLC v. PC Guardian Anti-Theft*
5    *Products, Inc. et al*., No. 06-cv-07102, pursuant to a stipulated protective order entered in that
6    suit.  The parties believe that Exhibit A should be filed under seal here because it has been
7    designated "Highly Confidential—Attorneys' Eyes Only" under the Stipulated Protective Order
8    entered in this suit and includes and discusses material from deposition transcripts that are
9    currently designated "Highly Confidential-Attorneys' Eyes Only" under the Stipulated Protective
10   Order.

11        Counsel for Kensington requested that Defendants include the following sentence in the
12   Stipulation: By agreeing to this Stipulation, Kensington is not agreeing that Defendants' filing of
13   this exhibit complies with the Local Rules governing reply briefs.

14   DATED:  December 4, 2008              /s/ Brian Smith_____
15                                         Brian Smith
                                           HOWREY LLP
16
17                                         Attorneys for Plaintiff
18                                         ACCO BRANDS INC., d/b/a
                                           KENSINGTON TECHNOLOGY GROUP
19   DATED:  December 4, 2008              /s/ Thomas J. Romano_____
20                                         Thomas J. Romano
                                           KOLISCH HARTWELL, P.C.
21
22                                         Attorneys for Defendants,
                                           PC GUARDIAN ANTI-THEFT
23                                         PRODUCTS, INC. and FELLOWES, INC.

24   **IT IS SO ORDERED.**
25
26   DATED:  _____    _____
27                                         Honorable Susan Illston
                                           United States District Court Judge
28
     Page 2—   STIPULATION AND [PROPOSED] ORDER TO FILE MATERIALS UNDER SEAL;
                Case No. 04-03526 SI