Michael Q. Eagan (State Bar No. 63479)
Michael J. Avenatti (State Bar No. 206929)
Alexander L. Conti (State Bar No. 155945)
EAGAN O'MALLEY & AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
(949) 706-7000
(949) 706-7050 (Fax)

Attorneys for Plaintiff
ACCO BRANDS, INC. dba
KENSINGTON TECHNOLOGY GROUP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. dba KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC., et al.,<br><br>Defendants. | Case No. C 04-03526 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF PRETRIAL DISCLOSURES**<br><br>Pretrial Conference: February 3, 2009<br>Trial: February 9, 2009 |

Plaintiff ACCO Brands, Inc. dba Kensington Technology Group and Defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc., hereby stipulate that the Pretrial Disclosures pursuant to FRCP 26(a)(3) currently set for exchange and filing on January 9, 2009, be continued to coincide with the filing of the Joint Pretrial Conference Statement on January 20, 2009. No other currently scheduled dates will be affected.

The parties stipulate to this continuance in light of ongoing negotiations which may result in the settlement of this matter.

**STIPULATION AND [PROPOSED] ORDER**

| | | |
|---|---|---|
| 1 | Dated: January 6, 2009 | By: /s/ |
| 2 | | Michael J. Avenatti |
| | | EAGAN O'MALLEY & AVENATTI, LLP |
| 3 | | 450 Newport Center Drive, Second Floor |
| | | Newport Beach, CA 92660 |
| 4 | | Telephone: (949) 706-7000 |
| | | Facsimile: (949) 706-7050 |
| 5 | | Email: mavenatti@eoalaw.com |

Attorneys for Plaintiff
ACCO BRANDS, INC., dba KENSINGTON TECHNOLOGY GROUP

Dated: January 6, 2009         By:  /s/
                                    Elizabeth A. Tedesco
                                    KOLISCH HARTWELL, P.C.
                                    520 SW Yamhill Street, Suite 200
                                    Portland, OR 97204
                                    Telephone: (503) 224-6655
                                    Facsimile: (503) 295-6679
                                    Email: tromano@khpatent.com

Attorneys for Defendants
PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.

**IT IS SO ORDERED.**

Dated: January __, 2009         By: /s/ Susan Illston
                                    Honorable Susan Illston
                                    United States District Court Judge

- - 2 - -

**STIPULATION AND [PROPOSED] ORDER**