| | |
|---|---|
| 1 | MICHAEL Q. EAGAN (State Bar No. 63479)<br>MICHAEL J. AVENATTI (State Bar No. 206929) |
| 2 | EAGAN, O'MALLEY & AVENATTI<br>450 Newport Center Drive, 2nd Floor |
| 3 | Newport Beach, CA 92660<br>Telephone: (949) 706-7000 |
| 4 | Facsimile: (949) 706-7050 |
| 5 | Attorneys for Plaintiff<br>ACCO BRANDS, INC. d/b/a KENSINGTON |
| 6 | TECHNOLOGY GROUP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP,<br><br>Plaintiff,<br><br>v.<br><br>PC GUARDIAN ANTI-THEFT PRODUCTS, INC. and FELLOWES, INC.,<br><br>Defendants. | Case No. CV 04-03526 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF KENSINGTON TECHNOLOGY GROUP**<br><br>Dept: Courtroom 10, 19th floor<br>Judge: The Honorable Susan Illston |

NOTICE OF SUBTITUTION OF COUNSEL FOR PLAINTIFF
KENSINGTON TECHNOLOGY GROUP
CASE NO. CV 04-03526 SI
DM_US:21764346_1

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff ACCO BRANDS, INC. d/b/a KENSINGTON TECHNOLOGY GROUP hereby substitutes in EAGAN, O'MALLEY & AVENATTI LLP as counsel of record in the above-captioned action in place of Howrey LLP, 525 Market Street, Suite 3600, San Francisco, CA 94105, telephone number (415) 848-4900, facsimile number (415) 848-4999.

All pleadings, orders and notices should henceforth be served upon Michael Avenatti at Eagan, O'Malley & Avenatti LLP, 450 Newport Center Drive, 2nd Floor, Newport Beach, CA 92660, telephone number (949) 706-7000, facsimile number (949) 706-7050.

DATED: January 12, 2009         EAGAN, O'MALLEY & AVENATTI LLP

                                By   /s/ Michael Avenatti
                                Michael Avenatti
                                Counsel for Plaintiff ACCO BRANDS, INC. d/b/a
                                KENSINGTON TECHNOLOGY GROUP

I consent to the above substitution of counsel.

DATED: January 12, 2009         HOWERY LLP

                                By   /s/ K.T. Cherian
                                K.T. Cherian

I consent to the above substitution of counsel.

DATED: January 12, 2009         ACCO BRANDS, INC. d/b/a KENSINGTON
                                TECHNOLOGY GROUP

                                By   /s/ Michael Ward
                                Michael Ward
                                General Counsel, Kensington Technology Group

IT IS SO ORDERED

DATED: January __, 2009

                                By _____
                                Honorable Susan Illston

NOTICE OF SUBTITUTION OF COUNSEL FOR PLAINTIFF
KENSINGTON TECHNOLOGY GROUP
CASE NO. CV 04-03526 SI
DM_US:21764346_1