Michael Q. Eagan (State Bar No. 63479)
Michael J. Avenatti (State Bar No. 206929)
Alexander L. Conti (State Bar No. 155945)
EAGAN O'MALLEY & AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
(949) 706-7000
(949) 706-7050 (Fax)

Attorneys for Plaintiff
ACCO BRANDS, INC. dba
KENSINGTON TECHNOLOGY GROUP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCO BRANDS, INC. dba KENSINGTON TECHNOLOGY GROUP, <br><br> Plaintiff, <br><br> vs. <br><br> PC GUARDIAN ANTI-THEFT PRODUCTS, INC., et al., <br><br> Defendants. | Case No. C 04-03526 SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL SUBMISSION DATES** <br><br> Pretrial Conference: February 3, 2009 <br> Trial: February 9, 2009 |

Plaintiff ACCO Brands, Inc. dba Kensington Technology Group and Defendants PC Guardian Anti-Theft Products, Inc. and Fellowes, Inc. are actively engaged in significant settlement negotiations which may resolve this matter short of a trial. Accordingly, the parties hereby stipulate that the following Pretrial Submission dates are continued as set forth below. The parties respectfully request that the Court endorse the below continuances so as to further enhance the possibility of a resolution to this matter.

| ITEM | DATE DUE | CONTINUED DATE |
|---|---|---|
| Pretrial Disclosures | 01/20/09 | 01/23/09 |
| Joint Pretrial Conference Statement | 01/20/09 | 01/23/09 |
| Joint and Separate Jury Instruction | 01/20/09 | 01/23/09 |

- 1 -
STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| Stipulations re: Admissibility | 01/20/09 | 01/23/09 |
| Motions in Limine | 01/20/09 | 01/23/09 |
| Oppositions to Motions in Limine | 01/27/09 | 01/30/09 |

No other currently scheduled dates will be affected.

Dated: January 16, 2009　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　Michael J. Avenatti
　　　　　　　　　　　　　　　　　EAGAN O'MALLEY & AVENATTI, LLP
　　　　　　　　　　　　　　　　　450 Newport Center Drive, Second Floor
　　　　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　　　　Telephone: (949) 706-7000
　　　　　　　　　　　　　　　　　Facsimile: (949) 706-7050
　　　　　　　　　　　　　　　　　Email: mavenatti@eoalaw.com

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　ACCO BRANDS, INC., dba KENSINGTON
　　　　　　　　　　　　　　　　　TECHNOLOGY GROUP

Dated: January 16, 2009　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　Elizabeth A. Tedesco
　　　　　　　　　　　　　　　　　KOLISCH HARTWELL, P.C.
　　　　　　　　　　　　　　　　　520 SW Yamhill Street, Suite 200
　　　　　　　　　　　　　　　　　Portland, OR 97204
　　　　　　　　　　　　　　　　　Telephone: (503) 224-6655
　　　　　　　　　　　　　　　　　Facsimile: (503) 295-6679
　　　　　　　　　　　　　　　　　Email: tromano@khpatent.com

　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　PC GUARDIAN ANTI-THEFT PRODUCTS, INC.
　　　　　　　　　　　　　　　　　and FELLOWES, INC.

**IT IS SO ORDERED.**

Dated: January ___, 2009　　　　By:__/s/ Susan Illston_____
　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　United States District Court Judge

-- 2 --
**STIPULATION AND [PROPOSED] ORDER**